IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GARY RHINES,
    Plaintiff

v.

UNITED STATES OF AMERICA,
    Defendant

CIVIL NO. 3:12-CV-1527

(JUDGE NEALON)
(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW, THIS 29th DAY OF JANUARY, 2013**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 8) is **ADOPTED**;

2. The complaint, (Doc. 1), is **DISMISSED**;

3. The amended complaint, (Doc. 9), is **ACCEPTED**;

4. Plaintiff's motions for leave to proceed in forma pauperis, (Docs. 2, 10), are **GRANTED**;

5. This matter is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

6. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

                                            /s/ William Nealon
                                            **United States District Judge**