IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GARY RHINES,
    Plaintiff

    v.

UNITED STATES OF AMERICA,
    Defendant

CIVIL NO. 3:12-CV-1601

(JUDGE NEALON)
(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, THIS 21st DAY OF JULY, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 53), is **ADOPTED**;

2. Plaintiff's motion for summary judgment, (Doc. 50), is **DENIED without prejudice**;

3. Plaintiff's objections, (Doc. 55), are **OVERRULED**;

4. This matter is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

5. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

FILED
SCRANTON

JUL 21 2014

PER _____ DEPUTY CLERK

_____
**United States District Judge**