# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY RHINES, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:12-CV-1601 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Defendant | : | |
| | : | |

## ORDER

**AND NOW, THIS 15TH DAY OF JANUARY, 2016**, upon consideration of the Report issued by Magistrate Judge Carlson, (Doc. 92), recommending that the above-captioned action be listed for trial at the convenience of the Court, (<u>Id.</u> at p. 2), to which no objections have been filed, and it appearing that the Undersigned is unable to conduct the trial, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 92), is **ADOPTED**.

2. The Clerk of Court shall **REASSIGN** this case to United States District Judge A. Richard Caputo for trial.

/s/ William J. Nealon
**United States District Judge**