**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GARY RHINES, | |
| Plaintiff, | NO. 3:12-CV-1601 |
| v. | |
| UNITED STATES OF AMERICA, | (JUDGE CAPUTO) |
| Defendant. | |

## **ORDER**

**NOW**, this 11th day of July, 2016, **IT IS HEREBY ORDERED** that:

1. Judgment is awarded in favor of Plaintiff and against Defendant in the amount of $3,000.00.

2. The Clerk of Court is directed to close this case.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge